DAYLE ELIESON
United States Attorney
District of Nevada
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Alexandra.m.michael@usdoj.gov

Plaintiff Attorney for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:17-cr-00289-JAD-NJK |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| vs. | |
| CARL WILLIAMS, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney; Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, Craig Mueller, Esq., counsel for defendant CARL WILLIAMS that the sentencing hearing currently scheduled for February 12, 2018, at the hour of 9:00 am, be vacated and continued to a future date no sooner than seventy-five (75) days and on a date and at a time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. The undersigned AUSA will be unavailable on February 12, 2018 for the currently schedule sentencing hearing.

2. Defense counsel needs additional time to research and prepare a sentencing memorandum for the sentencing hearing.

3. The parties agree to the additional time.

4. The defendant is in custody and does not object to the continuance.

5. This is the first request for a continuance of the sentencing date.

DAYLE ELIESON
United States Attorney

/s/ Alexandra Michael

ALEXANDRA MICHAEL
Assistant United States Attorney

/s/ Craig Mueller
_____
CRAIG MUELLER, Esq.
Counsel for Defendant CARL WILLIAMS

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:17-cr-00289-JAD-NJK |
| Plaintiff, | |
| vs. | ORDER TO CONTINUE SENTENCING DATE |
| CARL WILLIAMS, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The undersigned AUSA will be unavailable on February 12, 2018 for the currently schedule sentencing hearing.

2. Defense counsel needs additional time to research and prepare a sentencing memorandum for the sentencing hearing.

3. The parties agree to the additional time.

4. The defendant is in custody and does not object to the continuance.

5. This is the first request for a continuance of the sentencing date.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

For all of the above-stated reasons, the end of justice would best be served if Defendant's sentencing was rescheduled.

## ORDER

| | |
|---|---|
| 1 | IT IS ORDERED that the sentencing hearing currently scheduled for February 12, 2018, |
| 2 | at 9:00am be vacated and continued to April 30, 2018 at the hour of 9:00 a.m. |
| 3 | DATED this 25th day of January 2018. |

_____
UNITED STATES DISTRICT JUDGE

4