RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
DAN COE
Assistant Federal Public Defender
Nevada State Bar No. 9532
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dan_Coe@fd.org

Attorney for Carl Williams

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CARL WILLIAMS,<br><br>        Defendant. | Case No. 2:17-cr-289-JAD-NJK<br><br>**STIPULATION TO CONTINUE**<br>**SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Alexandra M. Michael, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dan Coe, Assistant Federal Public Defender, counsel for Carl Williams, that the Sentencing Hearing currently scheduled on August 10, 2018 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.    Counsel for the defendant just received discovery from prior counsel on July 19, 2018. Counsel has not yet had the opportunity to review the discovery with the client.

2.    The defendant is in custody and does not oppose a continuance.

3.     The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 25th day of July, 2018.

RENE L. VALLADARES                          DAYLE ELIESON
Federal Public Defender                      United States Attorney


        */s/ Dan Coe*                              */s/ Alexandra M. Michael*
By_____            By_____
DAN COE                                      ALEXANDRA M. MICHAEL
Assistant Federal Public Defender            Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

CARL WILLIAMS,

              Defendant.

Case No. 2:17-cr-289-JAD-NJK

**<u>ORDER</u>**

      IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, August 10, 2018 at 9:00 a.m., be vacated and continued to November 13, 2018, at the hour of 10:00 a.m.

      DATED this 26th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE