UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CARL WILLIAMS,<br><br>    Defendant. | Case No. 2:17-CR-00289-JAD-NJK-1<br><br>**ORDER**<br><br>ECF No. 120 |

    Based on the parties' stipulation, IT IS ORDERED that the Revocation Hearing currently scheduled for Tuesday, March 12, 2024 at 2:00 p.m., be vacated and continued to April 22, 2024, at 11:00 a.m.

    DATED this 10th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE